# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1002. ROBERT DEREK BAILEY v. RHONDA BUNN BAILEY.**

It appearing the order of this Court issued on March 12, 2021, is incorrect due to a clerical error, it is hereby ordered that said order is VACATED, and the following order is ISSUED in its place.

Robert Derek Bailey filed a pro se notice of appeal of the parties' final judgment and decree of divorce. We lack jurisdiction because — pretermitting whether the notice of appeal was a nullity on the basis that Mr. Bailey was represented by counsel when he filed it, see *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993) — appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Mr. Bailey's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/18/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.